ORIGINAL

1  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN: 087965)
2  Lisa Barnett Sween (SBN: 191155)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants
   DOLE FRESH VEGETABLES, INC. and
6  DOLE FOOD COMPANY, INC.

7  GERSTL & HUDSON
   Hugo N. Gerstl (SBN: 37927)
8  J.A. Hudson (SBN: 85799)
   2460 Garden Road, Suite C
9  Monterey, California 93940
   Telephone: (831) 649-0669
10 Facsimile: (831) 649-8007

11 Attorneys for Plaintiff
   MICHAEL T. CHAPPELL
12

FILED
SEP 30 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. CHAPPELL, | Case No. C04 03806 HRL |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | Dept.: Ctrm. 2, 5th Floor |
| DOLE FRESH VEGETABLES, INC. a wholly-owned subsidiary of DOLE FOOD COMPANY, INC., a corporation, DOLE FOOD COMPANY, INC., a corporation, and DOES 1 THROUGH 10, inclusive | |
| Defendants. | |

The Court having read and considered the Stipulation and Request for Dismissal filed by the parties, and

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that this case be and the same hereby is Dismissed With Prejudice.

Dated: 9/30, 2005

THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

Order Dismissing Case With Prejudice                                    Case No. 04-03806 HRL